# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Srinivasan Vasudevan, | ) | **Case Number:** 1:26-cv-00211 |
| *Plaintiff,* | ) | **Judge:** Matthew F. Kennelly |
| v. | ) | **Magistrate Judge:** M. David Weisman |
| The University of Chicago, et al., | ) | |
| *Defendants.* | ) | |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

1. Plaintiff, Srinivasan Vasudevan, respectfully moves for leave to file the Amended Complaint, attached as Exhibit A, pursuant to Federal Rule of Civil Procedure 15(a)(2).

2. Plaintiff has effected service of the Summonses on all current Defendants as of March 30, 2026. Plaintiff will file affidavits mailed by the Cook County's Sheriff's Office promptly with the Court on receipt.

3. Plaintiff files this motion on curing defects under Rule 8(a), (d) of the Federal Rule of Civil Procedure as identified by the Court in the prior motion. The amended complaint reduces the length of the pleading by more than half while preserving the factual basis for each claim and aligning the allegations with Rule 8.

4. Plaintiff respectfully submits that leave to amend should be freely granted when justice so requires.

Respectfully,

/s/ Srinivasan Vasudevan

April 9, 2026

1649 East 50th Street, Unit 4A

Chicago, IL 60615

Email: srinivasan.vasudevan000@gmail.com

Phone: (773) 786-3785