**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SRINIVASAN VASUDEVAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 26-cv-00211 |
| | ) | |
| v. | ) | Hon. Matthew F. Kennelly |
| | ) | Hon. Magistrate Judge M. David Weisman |
| THE UNIVERSITY OF CHICAGO, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

**DEFENDANTS' PARTIAL MOTION TO DISMISS**
**COUNTS II AND III OF PLAINTIFF'S COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants University of Chicago, Kotaro Yoshida, Victor Lima, Min Sok Lee, Derek Neal, Azeem Shaikh, Ingrid Gould, Sherry Manick, Eric Richert, and Brett Leibsker (collectively, "Defendants") move to dismiss Counts II and III of Plaintiff's Complaint for failure to state a claim upon which relief can be granted.

As set forth in detail in the accompanying Memorandum of Law in Support of Partial Motion to Dismiss, Count II fails because it challenges non-actionable academic opinion communicated during an internal faculty review and protected by qualified privilege under Illinois defamation law. Count III fails because Plaintiff affirmatively alleges that the University approved his medical leave, and that he took the medical leave, and it does not plausibly allege any conduct that restrained, discouraged, or interfered with the exercise of rights protected by the Family and Medical Leave Act.

Wherefore, Defendants respectfully request that this Court grant their Partial Motion to Dismiss and dismiss Counts II and III of Plaintiff's Complaint with prejudice. [1]

---

[1] After the Court rules on this Partial Motion to Dismiss, Defendants will file a timely answer to any surviving claims.

2

Dated: April 20, 2026

Respectfully submitted,

By:    */s/ Jacob M. Rubinstein*
       Jacob M. Rubinstein
       Cozen O'Connor
       123 N. Wacker Drive, Suite 1800
       Chicago, IL 60606
       312-382-3100
       jrubinstein@cozen.com
       *Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I certify that, on April 20, 2026, a true and correct copy of the attached Defendants'

Partial Motion to Dismiss Counts II and III of Plaintiff's Complaint was electronically filed with

the Clerk of the United States District Court for the Northern District of Illinois via the CM/ECF

system, which will cause service to be made in accordance with the Court's electronic filing

procedures. I also emailed a copy of this Memorandum of Law to Plaintiff at

srinivasan.vasudevan000@gmail.com and mailed it to him at the address shown below:

Srinivasan Vasudevan
1649 East 50th Street, Unit 4A
Chicago, IL 60615

By:     */s/ Jacob M. Rubinstein*
        Jacob M. Rubinstein

3