**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| SRINIVASAN VASUDEVAN, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:26-cv-211 |
| v. | ) ) | Hon. Judge Matthew F. Kennelly |
| UNIVERSITY OF CHICAGO, et al., | ) ) | Hon. Magistrate Judge M. David Weisman |
| Defendants. | ) ) ) | |

**MOTION TO DISMISS BY**
**DEFENDANT SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 73**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Service Employees International Union Local 73 ("Local 73" or the "Union") respectfully moves to dismiss the sole claim against it in the Complaint by Plaintiff Srinivasan Vasudevan ("Vasudevan"), ECF No. 7 (Count I). In support of this motion, the Union submits an accompanying memorandum of law.

1. Vasudevan's only claim against the Union is that it breached its duty of fair representation in the processing of his grievances, as a predicate to his breach of collective bargaining agreement claim against his employer, Defendant University of Chicago (the "University"), under Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185.

2. Vasudevan's claim, however, fails to allege facts to create a plausible inference of arbitrary, bad faith, or discriminatory conduct by the Union, as required to state a claim for a breach of the duty of fair representation.

3. Contrary to what Vasudevan appears to believe, as a matter of law, an employee has no right to arbitration of a grievance under a collective bargaining agreement, and a union has authority to settle a grievance over an employee's objection, so long as its conduct, as here, is not

arbitrary, in bad faith, or discriminatory.

For the reasons set forth in the accompanying memorandum of law, the Union respectfully requests that plaintiff's Count I, breach of duty of fair representation claim against the Union should be dismissed and that the Union be dismissed from the case.

Respectfully submitted,

Dated: May 11, 2026

/s/ George A. Luscombe III
George A. Luscombe III
DOWD, BLOCH, BENNETT, CERVONE
  AUERBACH & YOKICH LLP
8 South Michigan Avenue, 19th Floor
Chicago, Illinois 60603
(312) 372-1361 – Telephone
(312) 372-6599 – Facsimile
Email: gluscombe@laboradvocates.com

Alicia Weber
Senior Staff Attorney
SEIU LOCAL 73
300 S Ashland Ave. Suite 400
Chicago, IL 60607
(312) 402-4968 – Telephone
Email: aweber@seiu73.org

*Attorneys for Defendant*
  *Service Employees Int'l Union Local 73*

2