**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SRINIVASAN VASUDEVAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 26-cv-00211 |
| | ) | |
| v. | ) | Hon. Matthew F. Kennelly |
| | ) | Hon. Magistrate Judge M. David Weisman |
| THE UNIVERSITY OF CHICAGO, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

**DEFENDANTS' AMENDED MOTION TO DISMISS**
**PLAINTIFF'S COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants University of Chicago, Kotaro Yoshida, Victor Lima, Min Sok Lee, Derek Neal, Azeem Shaikh, Ingrid Gould, Sherry Manick, Eric Richert, and Brett Leibsker (collectively, "Defendants") move to dismiss Plaintiff's Complaint in its entirety for failure to state a claim upon which relief can be granted.

As set forth in detail in the accompanying Amended Memorandum of Law in Support of Motion to Dismiss, each count of the Complaint fails as a matter of law. Count I fails because Plaintiff does not plausibly allege that the Union breached its duty of fair representation, a predicate necessary to his hybrid § 301 claim. Count II fails because it challenges non-actionable academic opinion communicated during an internal faculty review and protected by qualified privilege under Illinois defamation law. Count III fails because Plaintiff affirmatively alleges that the University approved his medical leave and that he took that leave, and the Complaint does not plausibly allege any conduct that restrained, discouraged, or interfered with the exercise of rights protected by the Family and Medical Leave Act.

1

Wherefore, Defendants respectfully request that this Court grant their Amended Motion to Dismiss and dismiss Plaintiff's Complaint with prejudice.

Dated: May 11, 2026                      Respectfully submitted,

By:    */s/ Jacob M. Rubinstein*
Jacob M. Rubinstein
Cozen O'Connor
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
312-382-3100
jrubinstein@cozen.com
*Attorney for Defendants*

2

**<u>CERTIFICATE OF SERVICE</u>**

I certify that, on May, 11, 2026, a true and correct copy of the attached Defendants' Amended Motion to Dismiss Plaintiff's Complaint was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois via the CM/ECF system, which will cause service to be made in accordance with the Court's electronic filing procedures.

By:     */s/ Jacob M. Rubinstein*
Jacob M. Rubinstein

3