# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Srinivasan Vasudevan, | ) **Case Number:** 1:26-cv-00211 |
| *Plaintiff*, | ) **Judge:** Matthew F. Kennelly |
| v. | ) **Magistrate Judge:** M. David Weisman |
| The University of Chicago, et al., | ) |
| *Defendants*. | ) |

## MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

¶ 1. Plaintiff filed his original Complaint (ECF No. 6) on January 7, 2026. After the Court entered a Minute Order noting that the pleading was unsigned, Plaintiff filed a signature-corrected Amended Complaint (ECF No. 7) on January 12, 2026.

¶ 2. Plaintiff later filed a motion for leave to amend with a proposed Amended Complaint attached (ECF No. 21-1) on April 9, 2026, which the Court held in abeyance pending resolution of Defendants' motions to dismiss.

¶ 3. Consistent with the Court's reference to that proposed pleading as a Proposed Second Amended Complaint, Plaintiff moves for leave to file the attached Proposed Second Amended Complaint, to supersede the pending in-abeyance motion, and to address the issues identified in the Court's June 29, 2026 Order on the motions to dismiss (ECF No. 53).

¶ 4. Under Federal Rule of Civil Procedure 15(a)(2), leave to amend should be freely given when justice so requires. The proposed Second Amended Complaint is Plaintiff's first substantive post-dismissal amendment directed to the Court's ruling, arises from the same employment relationship and related events, and is submitted to cure the pleading deficiencies identified by the Court, not for delay or bad faith.

¶ 5. A copy of the Proposed Second Amended Complaint is attached as the primary exhibit, with its exhibits separately attached.

¶ 6. Plaintiff respectfully requests that the Court grant leave to file the attached Proposed Second Amended Complaint, treat it as superseding the in-abeyance Proposed Amended Complaint, and grant any further relief the Court deems just.

1

Respectfully submitted,

/s/ Srinivasan Vasudevan

July 13, 2026

1649 East 50th Street, Unit 4A
Chicago, IL 60615
Email: srinivasan.vasudevan000@gmail.com
Phone: (773) 786-3785